EUGENE FRAZIER et al., Appellants, v BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF NIAGARA FALLS, Respondent. [619 NYS2d 1003] —Order unanimously reversed on the law without costs and application granted. Memorandum: Supreme Court abused its discretion in denying the application for leave to serve a late notice of claim *(see, Sauve v City of Buffalo,* 177 AD2d 934, *lv denied* 79 NY2d 757). It is uncontroverted that the School District had notice of the accident through its employee, and its ability to maintain a defense was not prejudiced by the delay. (Appeal from Order of Supreme Court, Niagara County, Mintz, J.—Late Notice of Claim.) Present—Balio, J. P., Lawton, Wesley, Callahan and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL DICK, Appellant. [619 NYS2d 1003] —Judgment unanimously affirmed *(see, People v King,* 204 AD2d 993). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Burglary, 3rd Degree.) Present—Green, J. P., Balio, Wesley, Callahan and Doerr, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARLON JEFFERSON, Appellant. [619 NYS2d 1004] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Assault, 2nd Degree.) Present—Green, J. P., Balio, Wesley, Callahan and Doerr, JJ.